JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT E. BASQUEZ,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>LELAND McEWEN,<br><br>　　　　　Respondent. | Case No. EDCV 10-1278-JHN (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 15, 2011

　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE